# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 03, 2024

Mr. William Brock Most  
Most & Associates  
201 Saint Charles Avenue  
Suite 2500, No. 9685  
New Orleans, LA 70170

    No. 22-30180   McNeal v. LeBlanc  
                     USDC No. 3:18-CV-736

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a response to the Appellant's Petition for rehearing en banc be filed in this office on or before February 9, 2024 by 12:00 P.M.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Rebecca L. Leto, Deputy Clerk  
                          504-310-7703

cc:  Mr. Jorge Benjamin Aguinaga  
     Ms. Morgan Brungard  
     Mr. James Garrison Evans  
     Ms. Phyllis Esther Glazer  
     Ms. Elizabeth Baker Murrill